## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4953

March 13, 2003

Morton Edelstein, Esq.
110 St. Paul Street, Suite 402
Baltimore, MD 21202-1723

Howard K. Kurman, Esq.
Laura L.  Hoppenstein, Esq.
Offit, Kurman, Yumkas & Denick, PA
8 Park Center Court, Suite 200
Owings Mills, MD 21117-3754

    Re:  Karen Paugh v. The Fairlawn Tool and Die Co., Inc.
         Civil No. L-03-262

Dear Counsel:

    The above case has been assigned to me for all
proceedings.  Enclosed please find a consent form to be signed
and returned no later than March 26, 2003.  Please be advised
that the Scheduling Order entered by Chief Judge Legg on
February 26, 2003, will remain in full force and effect.

                    Sincerely yours,

                    /s/

                    Susan K. Gauvey
                    United States Magistrate
Judge

cc:  Court file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


KAREN PAUGH                                    *
        Plaintiff
                                               *

    vs.                                        Civil Action  No.: L-03-262
                                               *

THE FAIRLAWN TOOL AND DIE
CO., INC.                                      *
        Defendant
                                          ******


## GENERAL CONSENT TO PROCEED
## <u>BEFORE A UNITED STATES MAGISTRATE JUDGE</u>


      In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.


_____  Date: _____


_____  Date: _____


## <u>ORDER OF REFERENCE</u>


      IT IS HEREBY **ORDERED** this _____ day of _____, 20_____, that the above-captioned matter be referred to United States Magistrate Judge <u>Susan K. Gauvey_____</u> <u>_____</u>, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.


_____
Benson Everett Legg
Chief Judge