IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| KAREN PAUGH | * | |
| Plaintiff | * | CASE NO. L -03-cv-262 |
| vs. | * | |
| THE FAIRLAWN TOOL AND DIE COMPANY, INCORPORATED | * | |
| | * | |
| Defendant. | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Clerk:

The above parties, by and through their undersigned counsel, by Rule 41 of the Federal Rules of Civil Procedure, do hereby dismiss the above-referenced action, with prejudice.

Respectfully submitted,

/s/                                                                     /s/

_____           _____
Morton Edelstein                                        Howard K. Kurman
Federal Bar No. 01339                              Federal Bar No. 02831
110 St. Paul Street, Suit 402                    Laura L. Hoppenstein
Baltimore, Maryland 21202-1723           Federal Bar No. 26338
(410) 685-0770                                          Offit, Kurman, Yumkas & Denick, P.A.
Attorney for Plaintiff, Karen Paugh        8 Park Center Court, Suite 200
                                                                   Owings Mills, Maryland 21117
                                                                   (443) 738-1500
                                                                   Attorneys for Defendant,
                                                                   The Fairlawn Tool and Die Company, Inc.